AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Robert Scot Building Venture LLC et al.<br>*Plaintiff*<br>v.<br>Creative Wealth Media Finance Corp. et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 23-CV-80282<br>)<br>) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___06/21/2024___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___08/05/2024___

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 8/5/2024