David B. Jonelis (SBN 265235)
Kelsey J. Leeker (SBN 313437)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310)556-3501
Email: djonelis@lavelysinger.com
       kleeker@lavelysinger.com
Attorneys for Plaintiffs Robert Scot
Building Venture LLC and RSBV Pathway
LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Robert Scot Building Venture LLC and RSBV Pathway LLC, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV- 2:24-mc-00093 |
| v. | |
| Creative Wealth Media Finance Corp. and Jason Cloth, an individual, | **WRIT OF EXECUTION** |
| Defendant(s) | |

TO:   THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On __August 9, 2024__ a judgment was entered in the above-entitled action in favor of:

Robert Scot Building Venture LLC

as Judgment Creditor and against:

Creative Wealth Media Finance Corp.

as Judgment Debtor, for:

$ __8,204,165.05__ Principal,
$ __0.00__ Attorney Fees,
$ __0.00__ Interest **, and
$ __0.00__ Costs, making a total amount of
$ __8,204,165.05__ **JUDGMENT AS ENTERED**

**\*\*NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Southern **District of** Florida, to wit:

$ ___101,273.11___ accrued interest, and
$ _____0.00_____ accrued costs, making a total of
$ ___101,273.11___ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ ___8,305,438.16___ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ ___8,204,165.05___ Is due on the judgment as entered and bears interest at 5.12 percent per annum, in the amount of $ 1,150.83 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT C[OURT]

Dated: 9/18/2024

By: _Yvette Lomeli_ (signature)
Deputy Clerk

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                 PAGE 2 OF 3

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Creative Wealth Media Finance Corp.
151 Bloor St. West, Suite 700
Toronto, Ontario M5S 1S4
```

```
Jason Cloth
20 Stratheden Road
North York, Ontario M5S 1S4
```

### NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.